IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STATE VOLUNTEER MUTUAL INSURANCE
COMPANY                                                                    PLAINTIFF

        v.       Civil No. 06-3007

STEPHEN R. MAES, M.D.; STEPHEN
R. MAES, M.D., P.A.; CONSTANCE
MELLANG; JAMES MELLANG; and
ANA DARNELL                                                                DEFENDANTS

## J U D G M E N T

Now on this 5th day of May, 2006, for reasons set forth in a Memorandum Opinion entered this date, the Court hereby declares that no coverage exists pursuant to medical professional insurance policy No. 91-1881, issued by State Volunteer Mutual Insurance Company to Stephen R. Maes, M.D., for incidents made the subject of two legal actions in the Circuit Court of Boone County, Arkansas, same being <u>Constance Mellang and James Melland, husband and wife v. Dr. Stephen Maes and Stephen R. Maes, M.D. P.A.</u>, number CV2004-360-1, and <u>Ana Darnell v. Dr. Stephen Maes and Stephen R. Maes, M.D. P.A.</u>, number CV2005-249-3.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**